UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20201-TP-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RODOLFO ARISTIZABAL MUNOZ,

    Defendant.
_____/

## ORDER DENYING MOTION TO TRAVEL

THIS CAUSE came before the Court upon defendant's motion to travel [D.E. #2] and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED** as full restitution has not been paid.

DONE and ORDERED in Miami-Dade County Florida, this ___6___ day of May, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

Rodolfo Aristizabal Munoz
6389 Cotton Tail Road
Miami Lakes, FL 33014